RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th Street, Suite 5
Modesto, CA  95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
 RAJU TOOR

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAJU TOOR,<br>　　　　　Defendant. | CASE NO. 1:14-CR-00163-LJO-SKO_____<br><br>**STIPULATION AND ORDER RE: CONDITIONS OF RELEASE AND ORDER PERMITTING TRAVEL** |

　　　　　The parties to this stipulation are Grant Rabenn, Assistant U.S. Attorney, for the United States, Ryan Roth, counsel for defendant Raju Toor, and the defendant's pre-trial services officer, Jacob Scott.

　　　It is hereby agreed and stipulated by the parties hereto that defendant Raju Toor shall be permitted to travel with his cousin, Jagdeep Singh Dosanjh, to Las Vegas, Nevada for a prepaid business conference.  Mr. Toor has attended this convention annually for several years.  He will be traveling November 5, 2014 and returning November 8, 2014.  It is understood that this travel is outside the Eastern District of California.  A copy of the travel itinerary has been provided to pre-trial services.

　　　　All other conditions shall remain in full force and effect.  Defendant shall report to pre-trial services within 24 hours of his return to the Eastern District of California.

///

///

1

IT IS SO STIPLUATED.

DATED: October 22, 2014.                    /s/ Grant Rabenn

                                                            GRANT RABENN
                                                            Assistant U.S. Attorney

IT IS SO STIPLUATED.

DATED: October 29, 2014.                    /s/ Ryan A. Roth

                                                            RYAN A. ROTH
                                                            Attorney for Defendant
                                                            Raju Toor

IT IS SO ORDERED.

Dated:   **October 31, 2014**                    _____
                                                                                     UNITED STATES MAGISTRATE JUDGE