RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th Street, Suite 5
Modesto, CA  95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
 RAJU TOOR

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>     vs.<br><br>RAJU TOOR,<br>            Defendant. | CASE NO. 1:14-CR-00163-LJO-SKO___(002)_____<br><br>**STIPULATION AND ORDER RE: CONDITIONS OF RELEASE AND ORDER PERMITTING TRAVEL** |

      The parties to this stipulation are Grant Rabenn, Assistant U.S. Attorney, for the United States, Ryan Roth, counsel for defendant Raju Toor, and the defendant's pre-trial services officer, Jacob Scott.

      It is hereby agreed and stipulated by the parties hereto that defendant Raju Toor shall be permitted to travel to Sandy, Utah for business related training.  Mr. Toor has secured a reservation for this professional training and will be traveling from November 23, 2014 to November 26, 2014.  It is understood that this travel is outside the Eastern District of California.  A copy of the travel itinerary has been provided to pre-trial services.

      All other conditions shall remain in full force and effect.  Defendant shall report to pre-trial services within 24 hours of his return to the Eastern District of California.

///

///

///

///

IT IS SO STIPLUATED.

DATED: November 19, 2014.                    /s/ Grant Rabenn

                                                                 GRANT RABENN
                                                                 Assistant U.S. Attorney

IT IS SO STIPLUATED.

DATED: November 19, 2014.                    /s/ Ryan A. Roth

                                                                 RYAN A. ROTH
                                                                 Attorney for Defendant
                                                                 Raju Toor

ORDER

IT IS SO ORDERED.

    Dated:   **November 19, 2014**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE