RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th Street, Suite 5
Modesto, CA  95354
(209)557-2592/ (209)579-2211 Fax


Attorney for Defendant
 RAJU TOOR


IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     vs.<br><br>RAJU TOOR,<br>          Defendant. | CASE NO. 1:14-CR-00163-LJO-SKO_____<br><br>**STIPULATION AND ORDER RE: CONDITIONS OF RELEASE AND ORDER PERMITTING TRAVEL** |

   The parties to this stipulation are Grant Rabenn, Assistant U.S. Attorney, for the United States, and Ryan Roth, counsel for defendant Raju Toor.

   It is hereby agreed and stipulated by the parties hereto that defendant Raju Toor shall be permitted to travel to Reno, Nevada for business related training.  Mr. Toor has secured a reservation for this professional training and will be traveling from June 4, 2015, through June 5, 2015.  It is understood that this travel is outside the Eastern District of California.  A copy of the travel/seminar details has been provided to pre-trial services (Ryan Beckwith).

   All other conditions shall remain in full force and effect.  Defendant shall report to pre-trial services within 24 hours of his return to the Eastern District of California.


///

///


IT IS SO STIPLUATED.

1

DATED: May 20, 2015        .        /s/ Grant Rabenn

GRANT RABENN
Assistant U.S. Attorney

IT IS SO STIPLUATED.

DATED: May 20, 2015        .        /s/ Ryan A. Roth

RYAN A. ROTH
Attorney for Defendant
Raju Toor

**ORDER**

IT IS SO ORDERED.

   Dated:   **May 22, 2015**                        **/s/ Sheila K. Oberto**
                                                                             UNITED STATES MAGISTRATE JUDGE