BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00163-DAD-BAM-2 |
|---|---|
| Plaintiff, | ORDER FOR DEFERRED PROSECUTION AGREEMENT |
| v. | |
| RAJU TOOR, | Hon. Dale A. Drozd |
| Defendants. | |

The court has reviewed and considered the Joint Motion of the United States and defendant RAJU TOOR requesting that the court approve the Deferred Prosecution Agreement filed on January 12, 2016 and vacate all further criminal proceedings in this case, including a trial confirmation hearing scheduled for February 29, 2016 and a trial scheduled to begin on March 15, 2016, and that a status conference be scheduled for January 9, 2017. The parties have stipulated and requested that such period of time be excluded until the date of the proposed status conference on January 9, 2017 in computing the time within which any trial must be commenced upon the charges contained in the indictment filed against defendant RAJU TOOR, pursuant to Title 18, United States Code, Section 3161(h)(2).

The Deferred Prosecution Agreement between the United States and defendant RAJU TOOR filed on January 12, 2017 is approved. The status conference currently scheduled for February 29, 2016 and the trial currently set to begin on March 15, 2016, are vacated, and a Status Conference is set for January 9, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

1

Time shall be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(2) and based on the grounds set forth in the parties' Joint Motion, for the period through and including January 9, 2017.

IT IS SO ORDERED.

Dated: **January 28, 2016**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE