RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th Street, Suite 5
Modesto, CA  95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
 RAJU TOOR

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br><br>   vs. <br><br> RAJU TOOR, <br>       Defendant. | CASE NO. 1:14-CR-00163-DAD-BAM_____ <br><br> **STIPULATION AND ORDER RE: CONDITIONS OF RELEASE AND ORDER PERMITTING TRAVEL** |

      The parties to this stipulation are Grant Rabenn, Assistant U.S. Attorney, for the United States, Ryan Roth, counsel for defendant Raju Toor, and the defendant's pre-trial services officer, Elizabeth Gutierrez.

      It is hereby agreed and stipulated by the parties hereto that defendant Raju Toor shall be permitted to travel to New York City, New York for holiday related travel with his wife.  Mr. Toor has secured a reservation for this stay and will be traveling from December 9, 2016 to December 12, 2016.  It is understood that this travel is outside the Eastern District of California. A copy of the travel itinerary has been provided to pre-trial services.

      All other conditions shall remain in full force and effect.  Defendant shall report to pre-trial services upon arrival to his destination.

///

///

IT IS SO STIPLUATED.

DATED: November 19, 2014.                    /s/ Grant Rabenn
                                             GRANT RABENN
                                             Assistant U.S. Attorney

IT IS SO STIPLUATED.

DATED: November 19, 2014.                    /s/ Ryan A. Roth
                                             RYAN A. ROTH
                                             Attorney for Defendant
                                             Raju Toor

                            ORDER

IT IS SO ORDERED.

   Dated:   **November 21, 2016**            /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE