1 | PHILLIP A. TALBERT
United States Attorney
2 | GRANT B. RABENN
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00163-DAD-BAM-2 |
|---|---|
| Plaintiff, | **MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT RAJU TOOR; ORDER** |
| v. | |
| RAJU TOOR, | |
| Defendant. | |

The United States of America, appearing herein by and through the undersigned counsel, Grant B. Rabenn, moves to dismiss the Indictment as to defendant Raju Toor based on his compliance with the terms of the previously filed Deferred Prosecution Agreement. Further, the United States moves to vacate the status conference currently scheduled for January 9, 2017.

                                    Respectfully Submitted,

Dated: January 3, 2017                 PHILLIP A. TALBERT
                                    United States Attorney

                               By: /s/ Grant B. Rabenn
                                    GRANT B. RABENN
                                    Assistant U. S. Attorney

///

///

///

Motion to Dismiss as to Defendant Raju Toor       1

# **ORDER**

The government's motion to dismiss the indictment as to defendant Raju Toor and vacate the status conference currently set for January 9, 2017 is GRANTED.

IT IS SO ORDERED.

Dated: **January 3, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE