RYAN ROTH
ATTORNEY AT LAW
State Bar No. 291844
1120 14th St, Suite 5
Modesto, CA 95354
(209)557-2592/ (209)579-2211 Fax

Attorney for Defendant
RAJU TOOR

**FILED**

MAR 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br><br> RAJU TOOR, <br> Defendant. | CASE NO. 1:14-CR-00163-DAD-BAM <br><br> AMENDED STIPULATION [~~PROPOSED~~ ORDER]  GRANTING RETURN OF PASSPORT TO DEFENDANT; ORDER <br><br> Date: <br> Time: <br> Judge McAuliffe |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Grant Rabenn, and Ryan Roth, Counsel for Defendant Raju Toor, that the US Passport number 497500258 be returned to Defendant.

Respectfully Submitted,

Dated: March 13, 2017

/s/ Ryan Roth
Ryan Roth
Attorney for Defendant
Raju Toor

//

1

Dated:  March 13, 2017

/s/ Grant Rabenn
Grant Rabenn
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court

that the US Passport number 497500258 (Doc. 8) be returned to Defendant, Raju Toor.

DATED: 3/27/17

BARBARA A. McAULIFFE
U.S. District Magistrate Judge